**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|

PUBLIC PATENT FOUNDATION, INC.,      |    Civil Action No. 09-CV-5471-RJH

|

           Plaintiff,    |    ECF Case

|

      - against -    |    **NOTICE OF MCNEIL'S MOTION**

|    **TO DISMISS PURSUANT TO FED.**

McNEIL-PPC, Inc.,    |    **R. CIV. P.  12(b)(1) AND 12(b)(6)**

|

         Defendant.    |

|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that as soon as counsel may be heard, before the Honorable Richard J. Holwell, Judge of United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Defendant McNeil-PPC, Inc. will move the Court for an Order granting McNeil's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) and 12(B)(6).

This motion is based upon the Declaration of Steven A. Zalesin dated October 5, 2009, the exhibits thereto, and the memorandum of law submitted herewith, as well as all the files, records, and proceedings herein.

Dated:    October 5, 2009        Respectfully submitted,

By: */s/ Steven A. Zalesin*

Steven A. Zalesin
Irena Royzman
Ryan Sirianni
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036
Tel:  (212) 336-2000
Email:  sazalesin@pbwt.com

*Attorneys for Defendant McNeil-PPC, Inc.*