UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/09
```

--------------------------------------

PUBLIC PATENT FOUNDATION, INC.,

                Plaintiff,

- against -

MCNEIL-PPC, INC.,

                Defendant.

--------------------------------------

09 Civ. 5471

**ORDER**

In light of the Court's decision to allow the government to file a brief in opposition to the defendant's motion to dismiss, the defendant may file on or before December 11, 2009, a single reply brief, not to exceed 20 pages in length, in response to the opposition briefs of the plaintiff and the Government.

SO ORDERED.

Dated: New York, New York
       November 12, 2009

                                                      Richard J. Holwell
                                         United States District Judge